ROGER K. LITMAN, 57634
Attorney at Law
7726 North First Street, #352
Fresno, California 93720

Telephone: (559) 237-6000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:16-cr-00114-DAD-BAM |
| Plaintiff, ) | |
| vs. ) | APPLICATION TO EXONERATE DEED OF TRUST WITH ASSIGNMENT OF RENT AND TO RECONVEY TITLE OF REAL PROPERTY; [~~PROPOSED~~] ORDER THERETO |
| Teodoro Anaya Garcia, ) | |
| Defendant. ) | |

Defendant Teodoro Anaya Garcia hereby requests that this court order the exoneration of the full equity Deed of Trust with Assignment of Rents currently on file with the Stanislaus County Recorder as DOC-2017-0026280-00.

On March 21, 2017, a full equity bond was ordered in the above-captioned matter, to be secured by the property of Jose A. Moreno. On April 12, 2017, a full equity Deed of Trust with Assignment of Rents, with a minimum value of $188,000, was filed with the Stanislaus County Recorder as DOC-2017-0026280-00 on the property of Jose A. Moreno.

On March 12, 2018, Defendant Anaya Garcia appeared in the Eastern District of California before United States District Court Judge Dale A. Drozd; the defendant was sentenced to 60 months in the custody of the Bureau of Prisons. (Docket #68). Pursuant to the order of Judge Drozd, the defendant surrendered to the custody of the United States Marshal on April 25, 2018.

Therefore, since Defendant Anaya Garcia fully satisfied the conditions for release in the

1

Eastern District of California, he requests that the Deed of Trust (DOC-2017-0026280-00) now on file with the Stanislaus Count Recorder, be exonerated and title of the real property described therein be reconveyed to Jose A. Moreno.

.

DATED: May 14, 2018

            Respectfully submitted,

            /s/ Roger K. Litman
            ROGER K. LITMAN
            Attorney for Defendant,
            Teodoro Anaya Garcia

## ORDER

No opposition or statement of opposition was filed by the government.

IT IS HEREBY ORDERED that the Deed of Trust with Assignment of Rents filed on May 24, 2017 (Doc. 34) as Document No. 2017-0026280-00 (recorded on April 12, 2017), be exonerated and that title of the property described therein may be reconveyed to Jose A. Moreno.

IT IS SO ORDERED.

Dated: **May 30, 2018**      /s/ Barbara A. McAuliffe
               UNITED STATES MAGISTRATE JUDGE